UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

**FILED**

AUG 1 3 2019



Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | 2:19-CR-116 |
| ) | JUDGE CORKER |
| DENNIS WAYNE FLETCHER ) | |
| KENZIE M. GREENE ) | TO BE SEALED |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that beginning in or about the month of June 2019, and continuing to on or about August 13, 2019, within the Eastern District of Tennessee and elsewhere, the defendants, DENNIS WAYNE FLETCHER and KENZIE M. GREENE, and other persons known and unknown to the Grand Jury, did knowingly, intentionally, and without authority combine, conspire, confederate and agree with each other and with diverse other persons to commit the following offenses against the United States of America: The distribution of 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).
[21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)]

1

## COUNT TWO

The Grand Jury further charges that on or about June 30, 2019, within the Eastern District of Tennessee, the defendants, DENNIS WAYNE FLETCHER and KENZIE M. GREENE, aided and abetted by each other, did knowingly, intentionally and without authority possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(A), 18 U.S.C. § 2 and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

## COUNT THREE

The Grand Jury further charges that on or about June 30, 2019, within the Eastern District of Tennessee and elsewhere, the defendants, DENNIS WAYNE FLETCHER and KENZIE M. GREENE, aided and abetted by each other, did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count Two, in violation of Title 21, United States Code, Section 841(a)(1), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A), 18 U.S.C. § 2 and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

## COUNT FOUR

The Grand Jury further charges that on or about June 30, 2019, within the Eastern District of Tennessee, the defendant, DENNIS WAYNE FLETCHER, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly

possessed a firearm, namely a Taurus model millennium G2 9mm pistol, said firearm having been shipped and transported in interstate commerce.

[18 U.S.C. § 922(g)(1)]

## COUNT FIVE

The Grand Jury further charges that on or about July 26, 2019, within the Eastern District of Tennessee, the defendants, DENNIS WAYNE FLETCHER and KENZIE M. GREENE, aided and abetted by each other, did knowingly, intentionally and without authority possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(A), 18 U.S.C. § 2 and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

TRUE BILL:

FOREPERSON

J. DOUGLAS OVERBEY
United States Attorney

By: _____
EMILY M. SWECKER
Assistant U.S. Attorney

3