# CRIMINAL CASE COVER SHEET      U.S. ATTORNEY'S OFFICE

Defendant Name:   DENNIS WAYNE FLETCHER; KENZIE M. GREENE      19-116

Place of Offense (City & County):   Bristol, TN; Sullivan Co. & Kingsport, TN; Sullivan, Co.   DCLC3

Juvenile:  Yes   No x      Matter to be Sealed: Yes  X    No ___

Interpreter: No x  Yes ___   Language: _____

Total # of Counts:   Petty ___   Misdemeanor (Class) ___   Felony  5

| | **ORIGINAL INDICTMENT**<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | Conspiracy to distribute 50 grams or more of methamphetamine, a schedule II controlled substance (21 USC § 846, 841)(a)(1), (b)(1)(A) | 1 |
| | Aided and abetted by another possess with intent to distribute 50 grams or more of methamphetamine, a schedule II controlled substance (21 USC § 841)(a)(1), (b)(1)(A), 18 U.S.C. § 2) | 2, 5 |
| | Aided and abetted by another possession of a firearm in furtherance of the drug trafficking offense (18 U.S.C. § 924(c)(1)(A), 18 U.S.C. § 2) | 3 |
| | Being a convicted felon in possession of a firearm (18 USC § 922(g)(1)) | 4 |

(Use tab key after entering counts to create additional rows)

Current Trial Date (if set): _____ before Judge _____

Criminal Complaint Filed:  No ___   Yes ___   Case No. _____

Defendant on Supervised Release:  Yes ___   No ___

Violation Warrant Issued?  No ___   Yes ___   Case No. _____

Related Case(s):
_____
Case Number     Defendant's attorney     How related

## Criminal Informations:

Pending criminal case:    No ___   Yes ___   Case No. _____
New Separate Case ___     Supersedes Pending Case ___

Name of defendant's attorney: _____

Retained: _____    Appointed: _____

Date:   8/13/2019         Signature of AUSA: _____
                                    EMILY M. SWECKER