# CRIMINAL CASE COVER SHEET — U.S. ATTORNEY'S OFFICE

Defendant Name: DENNIS WAYNE FLETCHER; KENZIE M. GREENE        19-116

Place of Offense (City & County): Bristol, TN; Sullivan Co. & Kingsport, TN; Sullivan, Co.    DCLC3

Juvenile: Yes ___ No ___          Matter to be Sealed: Yes ___ No ___

Interpreter: No ___ Yes ___       Language: _____

Total # of Counts: ___ Petty   ___ Misdemeanor (Class)   Felony  6

| | ORIGINAL INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | Conspiracy to distribute 50 grams or more of methamphetamine, a schedule II controlled substance (21 USC § 846, 841)(a)(1), (b)(1)(A) | 1 |
| | Aided and abetted by another possess with intent to distribute 50 grams or more of methamphetamine, a schedule II controlled substance (21 USC § 841)(a)(1), (b)(1)(A), 18 U.S.C. § 2) | 2, 5 |
| | Aided and abetted by another possession of a firearm in furtherance of the drug trafficking offense (18 U.S.C. § 924(c)(1)(A), 18 U.S.C. § 2) | 3 |
| | Being a convicted felon in possession of a firearm (18 USC § 922(g)(1)) | 4 |

| | SUPERSEDING INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | Conspiracy to distribute 50 grams or more of methamphetamine, a schedule II controlled substance (21 USC § 846, 841)(a)(1), (b)(1)(A) | 1 |
| | Aided and abetted by another possess with intent to distribute 50 grams or more of methamphetamine, a schedule II controlled substance (21 USC § 841)(a)(1), (b)(1)(A), 18 U.S.C. § 2) | 2, 5, 6 |
| | Aided and abetted by another possession of a firearm in furtherance of the drug trafficking offense (18 U.S.C. § 924(c)(1)(A), 18 U.S.C. § 2) | 3 |
| | Being a convicted felon in possession of a firearm (18 USC § 922(g)(1)) | 4 |

Current Trial Date (if set): 11/21/19         before Judge Corker

Criminal Complaint Filed: No ___ Yes ___    Case No. _____

Defendant on Supervised Release: Yes ___ No ___

Violation Warrant Issued? No ___ Yes ___    Case No. _____

Related Case(s):
_____
Case Number        Defendant's attorney        How related

## Criminal Informations:

Pending criminal case:  No_____  Yes__  Case No. _____
New Separate Case  _____  Supersedes Pending Case  _____

Name of defendant's attorney: _____

Retained: _____  Appointed: _____

Date: ___9/10/19___  Signature of AUSA: _____/s/_____
EMILY M. SWECKER